**Barbara J. (Goodner) WILLIAMS,
Respondent,**

v.

**Thomas Dale GOODNER, Appellant.**

**No. WD 50079.**

Missouri Court of Appeals,
Western District.

Aug. 8, 1995.

Jay Grodsky, Kansas City, for appellant.

Richard Koury, II, Independence, for respondent.

Before SPINDEN, P.J., and
BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM.

Thomas D. Goodner appeals the circuit court's revival of a 1984 judgment for child support. We affirm. Because we do not discern any jurisprudential value to publishing an opinion, we issue this summary order. Rule 84.16(b).

■

**Robert A. HAYNER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 50631.**

Missouri Court of Appeals,
Western District.

Aug. 8, 1995.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and ELLIS, JJ.

### *ORDER*

PER CURIAM:

Appeal from denial of Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).